1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   80 North First Street
3  San Jose, CA 95113
   Telephone:  (408) 287-6262
4  Facsimile:  (408) 918-4501

5  Attorneys for Defendant
   GLOBAL EQUITY LENDING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,, <br><br> Defendant. | CASE NO. C 07 6026 <br><br> **STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT** |

It is hereby stipulated by and between Plaintiff's counsel and counsel for GLOBAL EQUITY LENDING INC., that the time for GLOBAL EQUITY LENDING INC. to answer and/or otherwise respond to Plaintiff's Complaint filed on November 29, 2007 shall be extended by an additional 15 days from the present due date of December 24, 2007.

Pursuant to Stipulation, GLOBAL EQUITY LENDING INC.'s Answer and/or responsive

///
///
///
///
///

RC1/5043127.1/BLI

STIPULATION FOR EXTENSION TO RESPOND
TO COMPLAINT C 07 6026

1 | pleading shall be served and filed on January 8, 2008.

2 | Dated: December 17, 2007       LAW OFFICES OF SCOTT A. MILLER, APC

4 |                                By: *Steve L. Miller* (signature)
5 |                                STEVEN L. MILLER
                                   Attorneys for Plaintiff
6 |                                DOLORES ARREGUIN

7 | Dated: December 17, 2007       ROPERS, MAJESKI, KOHN & BENTLEY

9 |                                By: (signature)
10|                                GREGORY M. GENTILE
                                   Attorneys for Defendant
                                   GLOBAL EQUITY LENDING INC.