RICHARD M. WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone:   (408) 287-6262
Facsimile:   (408) 918-4501

Attorneys for Defendant
GLOBAL EQUITY LENDING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,,<br><br>Defendant. | CASE NO. C 07 6026<br><br>SECOND STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT |

It is hereby stipulated by and between Plaintiff's counsel and counsel for GLOBAL EQUITY LENDING INC., that the time for GLOBAL EQUITY LENDING INC. to answer and/or otherwise respond to Plaintiff's Complaint filed on November 29, 2007 shall be further extended from the present due date of January 8, 2008.

Pursuant to Stipulation, GLOBAL EQUITY LENDING INC.'s Answer and/or responsive

///
///
///
///
///

RC1/5049265.1/BL1

SECOND STIPULATION FOR EXTENSION TO
RESPOND TO COMPLAINT C 07 6026

1 | pleading shall be served and filed on January 15, 2008.

2 | Dated: January 4, 2008

LAW OFFICES OF HERBERT HAFIF, APC

By: *Charles E. Hill*
GREG K. HAFIF
Attorneys for Plaintiff
DOLORES ARREGUIN

7 | Dated: January 4, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GREGORY M. GENTILE
Attorneys for Defendant
GLOBAL EQUITY LENDING INC.

1/14/2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel