RICHARD M. WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Defendant
GLOBAL EQUITY LENDING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,,<br><br>Defendant. | CASE NO. C 07 6026<br><br>**THIRD STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT** |

It is hereby stipulated by and between Plaintiff's counsel and counsel for GLOBAL EQUITY LENDING INC., that the time for GLOBAL EQUITY LENDING INC. to answer and/or otherwise respond to Plaintiff's Complaint filed on November 29, 2007 shall be further extended from the present due date of January 14, 2008.

Pursuant to Stipulation, GLOBAL EQUITY LENDING INC.'s Answer and/or responsive

///
///
///
///
///

RC1/5054581.1/BL1

THIRD STIPULATION FOR EXTENSION TO
RESPOND TO COMPLAINT C 07 6026

1  pleading shall be served and filed on January 17, 2008.

2  Dated: January 15, 2008                    LAW OFFICES OF HERBERT HAFIF, APC

4                                              By: _____Charles E. Hill fn_____
5                                                   GREG K. HAFIF
                                                    Attorneys for Plaintiff
6                                                   DOLORES ARREGUIN

7  Dated: January 14, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

8                                              By: _____
9                                                   GREGORY M. GENTILE
                                                    Attorneys for Defendant
10                                                  GLOBAL EQUITY LENDING INC.

*Ropers Majeski Kohn & Bentley, A Professional Corporation, Redwood City*

RC1/5054581.1/BL1                    - 2 -                STIPULATION FOR EXTENSION TO RESPOND
                                                          TO COMPLAINT C 07 6026