1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  80 North First Street
   San Jose, CA 95113
4  Telephone:  (408) 287-6262
   Facsimile:  (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | DOLORES A. ARREGUIN, for herself     | CASE NO. C 07 6026 MHP
   | and other members of the general public |
12 | similarly situated,                  | THIRD STIPULATION FOR EXTENSION
   |                                      | TO RESPOND TO COMPLAINT
13 |           Plaintiff,                 |
   |                                      | Complaint filed: November 29, 2007
14 | v.                                   |
15 | GLOBAL EQUITY LENDING, INC., a       |
   | Georgia Corporation; and DOES 1 through |
16 | 10, Inclusive,                       |
17 |           Defendant.                 |

18

19     It is hereby stipulated by and between Plaintiff's counsel and counsel for GLOBAL

20 EQUITY LENDING INC., ("GLOBAL") that the time for GLOBAL to answer and/or otherwise

21 respond to Plaintiff's Complaint filed on November 29, 2007 shall be further extended from the

22 present due date of January 14, 2008.

23     GLOBAL is a Corporation with its principal place of business located in the State of

24 Georgia. Its attorneys herein are located in San Jose, California. Defendant's attorneys need an

25 additional two days to complete their investigation concerning the allegations in the complaint

26 and to obtain the necessary information from Defendant's representative to prepare a responsive

27 pleading.

28     Pursuant to Stipulation, GLOBAL's Answer and/or responsive pleading shall be filed on

1  January 17, 2008.

2

3  Dated: January 17, 2008              LAW OFFICES OF HERBERT HAFIF, APC

4

5                                       By: *Charles E. Hill*
                                            GREG K. HAFIF
6                                           Attorneys for Plaintiff
                                            DOLORES ARREGUIN
7

8
9  Dated: January 17, 2008              ROPERS, MAJESKI, KOHN & BENTLEY

10

11                                      By: _____
                                            GREGORY M. GENTILE
12                                          Attorneys for Defendant
                                            GLOBAL EQUITY LENDING INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RC1/5056729.1/DB
THIRD STIPULATION FOR EXTENSION TO          -2-                 CASE NO. C 07 6026 MHP
RESPOND TO COMPLAINT