1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  80 North First Street
   San Jose, CA 95113
4  Telephone:  (408) 287-6262
   Facsimile:  (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING INC.

7

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>THIRD STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT<br><br>Complaint filed: November 29, 2007 |

It is hereby stipulated by and between Plaintiff's counsel and counsel for GLOBAL EQUITY LENDING INC., ("GLOBAL") that the time for GLOBAL to answer and/or otherwise respond to Plaintiff's Complaint filed on November 29, 2007 shall be further extended from the present due date of January 14, 2008.

GLOBAL is a Corporation with its principal place of business located in the State of Georgia. Its attorneys herein are located in San Jose, California. Defendant's attorneys need an additional two days to complete their investigation concerning the allegations in the complaint and to obtain the necessary information from Defendant's representative to prepare a responsive pleading.

Pursuant to Stipulation, GLOBAL's Answer and/or responsive pleading shall be filed on

RC1/5056729.1/DB
THIRD STIPULATION FOR EXTENSION TO RESPOND                             CASE NO. C 07 6026 MHP
TO COMPLAINT

January 17, 2008.

Dated: January 17, 2008

LAW OFFICES OF HERBERT HAFIF, APC

By: *Charles E. Hill*
GREG K. HAFIF
Attorneys for Plaintiff
DOLORES ARREGUIN

Dated: January 17, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GREGORY M. GENTILE
Attorneys for Defendant
GLOBAL EQUITY LENDING INC.

1/18/2008

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge Marilyn H. Patel