RICHARD M. WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501

Attorneys for Defendant
GLOBAL EQUITY LENDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT GLOBAL EQUITY LENDING, INC. FOR LEAVE TO FILE A MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF J. MARK THACKER; [PROPOSED] ORDER**<br><br>**[CIVIL LOCAL RULE 7-11; JUDGE PATEL'S STANDING ORDER NO. 4]**<br><br>**Courtroom:** 15, 18th Floor<br>**Judge:** Hon. Marilyn Hall Patel<br><br>Complaint filed: November 29, 2007 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

You are hereby notified that on January 25, 2008, defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") has filed a motion for leave to file a motion to dismiss. This motion has been filed pursuant to Local Rule 7-11 and this Court's Standing Order No. 4.

The motion will be based on this notice, the attached Memorandum of Points and Authorities, the Declaration of J. Mark Thacker, and any further evidence or argument that the Court may properly receive.

1  Dated: January 25, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
J. MARK THACKER
Attorneys for Defendant
GLOBAL EQUITY LENDING, INC.