RICHARD M. WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
GLOBAL EQUITY LENDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>**DECLARATION OF J. MARK THACKER IN SUPPORT OF MOTION FOR LEAVE TO FILE A MOTION TO DISMISS**<br><br>[CIVIL LOCAL RULE 7-11; JUDGE PATEL'S STANDING ORDER NO. 4]<br><br>**Courtroom:** 15, 18th Floor<br>**Judge:** Hon. Marilyn Hall Patel<br><br>Complaint filed: November 29, 2007 |

I, MARK THACKER, declare as follows:

1. I am an attorney at law licensed to practice before the courts of the State of California, and a member of the law firm of Ropers, Majeski, Kohn & Bentley, counsel of record for Defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") in this action. I make this declaration as counsel for said defendant and as an officer of this court. If called upon to testify, I could and would competently testify as to the facts stated herein, all of which are within my personal knowledge.

2. On January 23, 2008, I faxed a letter to Plaintiff's counsel in this matter with a proposed Stipulation and Order attached, requesting that counsel stipulate to this Court granting leave to file GLOBAL's motion to dismiss.

3. On January 24, 2008, Plaintiff's counsel informed me in writing that they would not stipulate to an order granting leave because they believed that venue is proper in this district.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true to the best of my information and belief and that this declaration is executed on January 25, 2008, at San Jose, California.

_____
J. MARK THACKER

RC1/5060417.1/DB
DECLARATION OF J. MARK THACKER IN SUPPORT OF MOTION FOR LEAVE TO FILE A MOTION TO DISMISS

- 2 -

CASE NO. C 07 6026 MHP