1 | RICHARD M .WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
2 | J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
3 | 80 North First Street
San Jose, CA 95113
4 | Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501
5 |
Attorneys for Defendant
6 | GLOBAL EQUITY LENDING, INC.

7 |

8 |                    UNITED STATES DISTRICT COURT

9 |                    NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | DOLORES A. ARREGUIN, for herself     CASE NO.  C 07 6026 MHP
and other members of the general public
12 | similarly situated,                  **[PROPOSED] ORDER RE: MOTION FOR**
**LEAVE TO FILE A MOTION TO DISMISS**
13 |              Plaintiff,
**[CIVIL LOCAL RULE 7-11; JUDGE**
14 | v.                                   **PATEL'S STANDING ORDER NO. 4]**

15 | GLOBAL EQUITY LENDING, INC., a       **Courtroom:  15, 18th Floor**
Georgia Corporation; and DOES 1 through **Judge:      Hon. Marilyn Hall Patel**
16 | 10, Inclusive,
Complaint filed:  November 29, 2007
17 |              Defendant.

18 |

19 |     The motion of Defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") for leave to

20 | file a motion to dismiss was submitted to this Court pursuant to Local Rule 7-11.

21 |     Having read the motion, the memorandum of points and authorities, and declaration in

22 | support thereof, the Court finds good cause to grant leave for the filing of GLOBAL's motion to

23 | dismiss.

24 |     Therefore, it is ordered that GLOBAL's motion to dismiss is hereby deemed filed and set

25 | for hearing concurrently with Defendant GLOBAL's motion to compel arbitration on

26 | _____, 2008, at 2:00 p.m., Courtroom 15.

27 | Dated: _____    _____
                              HON. MARILYN HALL PATEL
28 |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5060170.1/DB
[PROPOSED] ORDER RE: MOTION FOR LEAVE                    CASE NO.  C 07 6026 MHP
TO FILE A MOTION TO DISMISS