RICHARD M. WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
GLOBAL EQUITY LENDING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GLOBAL EQUITY LENDING, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Courtroom: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel<br><br>Complaint filed: November 29, 2007 |

Defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") motion to compel arbitration was heard before this Court on _____, 2008. Plaintiff was represented by Herbert Hafif, Greg K. Hafif, Michael D. Dawson, Steven L. Miller, and Scott A. Miller. Defendant GLOBAL was represented by J. Mark Thacker.

After considering the moving and opposing papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendant GLOBAL's motion to compel arbitration is granted.

IT IS FURTHER ORDERED that all of Plaintiff's claims against Defendant GLOBAL shall proceed in arbitration forthwith. The parties shall comply with the procedure set forth in the Agreement between Plaintiff and Defendant GLOBAL.

RC1/5060885.1/DB
[PROPOSED] ORDER GRANTING MOTION TO
COMPEL ARBITRATION

CASE NO. C 07 6026 MHP

1  IT IS FURTHER ORDERED that these proceedings and all of Plaintiff's claims against
2  Defendant GLOBAL are hereby stayed pending the outcome of the arbitration between Plaintiff
3  and Defendant GLOBAL.

4  Dated: _____      _____
                                HON. MARILYN HALL PATEL