RICHARD M. WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
GLOBAL EQUITY LENDING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT GLOBAL EQUITY LENDING, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE<br><br>Courtroom: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel<br><br>Complaint filed: November 29, 2007 |

Defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") motion to dismiss for improper venue was heard before this Court on _____, 2008. Plaintiff was represented by Herbert Hafif, Greg K. Hafif, Michael D. Dawson, Steven L. Miller, and Scott A. Miller. Defendant GLOBAL was represented by J. Mark Thacker.

After considering the moving and opposing papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendant GLOBAL's motion to dismiss is granted.

IT IS FURTHER ORDERED that this action be, and hereby is, dismissed.

Dated: _____     _____
HON. MARILYN HALL PATEL

RC1/5060880.1/DB
[PROPOSED] ORDER GRANTING: MOTION TO
DISMISS FOR IMPROPER VENUE

CASE NO. C 07 6026 MHP