1    RICHARD M .WILLIAMS (SBN 68032)
     GREGORY M. GENTILE (SBN 142424)
2    J. MARK THACKER (SBN 157182)
     ROPERS, MAJESKI, KOHN & BENTLEY
3    80 North First Street
     San Jose, CA 95113
4    Telephone:    (408) 287-6262
     Facsimile:    (408) 918-4501
5
     Attorneys for Defendant
6    GLOBAL EQUITY LENDING, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   DOLORES A. ARREGUIN, for herself          CASE NO.  C 07 6026 MHP
     and other members of the general public
12   similarly situated,                       [PROPOSED] ORDER RE: MOTION FOR
                                                LEAVE TO FILE A MOTION TO DISMISS
13                     Plaintiff,
                                                [CIVIL LOCAL RULE 7-11; JUDGE
14   v.                                         PATEL'S STANDING ORDER NO. 4]

15   GLOBAL EQUITY LENDING, INC., a             Courtroom:  15, 18th Floor
     Georgia Corporation; and DOES 1 through    Judge:        Hon. Marilyn Hall Patel
16   10, Inclusive,
                                                Complaint filed:  November 29, 2007
17                     Defendant.

18

19          The motion of Defendant GLOBAL EQUITY LENDING, INC. ("GLOBAL") for leave to

20   file a motion to dismiss was submitted to this Court pursuant to Local Rule 7-11.

21          Having read the motion, the memorandum of points and authorities, and declaration in

22   support thereof, the Court finds good cause to grant leave for the filing of GLOBAL's motion to

23   dismiss.

24          Therefore, it is ordered that GLOBAL's motion to dismiss is hereby deemed filed and set

25   for hearing concurrently with Defendant GLOBAL's motion to compel arbitration on

26   March 17, 2008, at 2:00 p.m., Courtroom 15.

27   Dated: 1/29/08                          _____
                                                      HON. MARILYN HALL PATEL
28

     RC1/5060170.1/DB
     [PROPOSED] ORDER RE: MOTION FOR LEAVE                              CASE NO.  C 07 6026 MHP
     TO FILE A MOTION TO DISMISS

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City