Herbert Hafif, Bar No. 27311
Greg K. Hafif, Bar No. 149515
Michael D. Dawson, Bar No. 150385
**LAW OFFICES OF HERBERT HAFIF, APC**
269 West Bonita Avenue
Claremont, California 91711-4784
(909) 624-1671; Fax (909) 625-7772

Steven L. Miller, Bar No. 106023
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 986-8900; Fax (818) 990-7900

Scott A. Miller, Bar No. 230322
**LAW OFFICES OF SCOTT A. MILLER, APC**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 788-8081; Fax (818) 788-8080

Attorneys for Plaintiff
DOLORES A. ARREGUIN, for
herself and other members
of the general public similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. C 07-06026 MHP<br>[Filed: November 29, 2007]<br><br>*[Assigned for all Purposes to:<br>Honorable Judge Marilyn H. Patel]*<br><br>**OBJECTIONS TO DECLARATIONS OF SANDRA CROTEAU IN SUPPORT OF DEFENDANT GLOBAL EQUITY LENDING, INC.'S MOTION TO DISMISS AND TO COMPEL ARBITRATION**<br><br>Date :   March 3, 2008<br>Time :   2:00 p.m.<br>Place :   Courtroom 15 |

- 1 -

OBJECTIONS TO DECLARATION OF SANDRA CROTEAU IN SUPPORT OF DEFENDANT GLOBAL
EQUITY LENDING, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE

1    Plaintiff Dolores Arreguin hereby objects to the admissibility of the following
2 evidence:

3   1.   Global Equity Lending, Inc., Mortgage Loan Originator Employment
          Agreement purportedly executed on April 2, 2002, attached as Exhibit
          "A" to Declaration of Sandra Croteau.
    •    OBJECTION: Authentication (FRE 803(6)); Hearsay (FRE 801(a)); Not
          relevant, vague and misleading (FRE 401, 402 and 403)

9   2.   Delores Arreguin associated with GEL on April 2, 2002 when she
          executed a mortgage loan originator agreement with GEL in advance of
          GEL acquiring a California residential lending license. (Croteau Decl at
          ¶10)
    •    OBJECTION: Foundation (FRE 602); Speculation/ inadmissible opinion
          (FRE 602 and 701)

16  3.   On April 2, 2002, an executed form titled Global Equity Lending, Inc.
          Mortgage Loan Originator Employment Agreement (the "Agreement")
          was entered into GEL's data base under the name of Delores Arreguin.
          (Croteau Decl at ¶13)
    •    OBJECTION: Foundation (FRE 602); Speculation/ inadmissible opinion
          (FRE 602 and 701)

23  4.   The Agreement was created and stored electronically during the regular
          course and scope of GEL's business activities. (Croteau Decl at ¶14)
    •    OBJECTION: Foundation (FRE 602); Speculation/ inadmissible opinion
          (FRE 602 and 701).

28  5.   Attached to this affidavit as Exhibit A is a true and correct copy of the

- 2 -

OBJECTIONS TO DECLARATION OF SANDRA CROTEAU IN SUPPORT OF DEFENDANT GLOBAL EQUITY LENDING, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE

Agreement stored electronically by GEL under the name of Delores Arreguin and executed on April 2, 2002. (Croteau Decl at ¶15)

- OBJECTION: Authentication (FRE 803(6)); Foundation (FRE 602); Speculation/ inadmissible opinion (FRE 602 and 701)

6. The Agreement contained an arbitration clause that required, *inter alia*, that all compensation disputes be resolved through arbitration. (Croteau Decl at ¶19)

- OBJECTION: Best Evidence (FRE 1002); Relevance (FRE 401 and 402); Speculation/ inadmissible opinion (FRE 602 and 701).

7. The Agreement also contained a forum selection clause which acknowledged Arreguin's consent to resolve all disputes arising from or related to the Agreement at a location in Norcross, Georgia, which is a community located within the metropolitan Atlanta, Georgia area. (Croteau Decl at ¶20)

- OBJECTION: Best Evidence (FRE 1002); Relevance (FRE 401 and 402); Speculation/ inadmissible opinion (FRE 602 and 701).

8. The Agreement executed on April 2, 2002, including the forum selection clauses, governed the relationship between GEL and Arreguin until the termination of her association with GEL. (Croteau Decl at ¶21)

- OBJECTION: Best Evidence (FRE 1002); Relevance (FRE 401 and 402); Speculation/ inadmissible opinion (FRE 602 and 701).

9. Attached as Exhibit B to this affidavit is a spreadsheet showing the loan applications originated by Delores Arreguin. The spreadsheet was created for this affidavit from data gathered and stored in the normal

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced
on recycled paper

OBJECTIONS TO DECLARATION OF SANDRA CROTEAU IN SUPPORT OF DEFENDANT GLOBAL EQUITY LENDING, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE

course of business. The spreadsheet truly and correctly shows the loan applications originated by Delores Arreguin during the term of her association with GEL. (Croteau Decl at ¶23)

- OBJECTION: Authentication (FRE 803(6)); Hearsay (FRE 801(a)); Not relevant, vague and misleading (FRE 401, 402 and 403)

10. Between April 2000 and the date of Arreguin's employment with GEL was terminated portions of the Agreement were revised; however, no revisions were made to the arbitration and forum selection clauses in the Agreement and those clauses remained in force and effect through the term of Arreguin's association with GEL. (Croteau Decl at ¶24)

- OBJECTION: Best Evidence (FRE 1002); Relevance (FRE 401 and 402); Speculation/ inadmissible opinion (FRE 602 and 701).

11. Every year GEL mortgage loan originators are required to undergo a compliance review. As part of the review, loan originators are required to acknowledge and accept electronically any revisions made to the Agreement and applicable to the upcoming year. (Croteau Decl at ¶25)

- OBJECTION: Best Evidence (FRE 1002); Relevance (FRE 401 and 402); Speculation/ inadmissible opinion (FRE 602 and 701).

12. GEL's records show Dolores Arreguin acknowledged and accepted all revisions made to the Agreement subsequent to the original April 2, 2002 execution. (Croteau Decl at ¶26).

///
///
///
///

- 4 -

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced on recycled paper.

OBJECTIONS TO DECLARATION OF SANDRA CROTEAU IN SUPPORT OF DEFENDANT GLOBAL EQUITY LENDING, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE

- OBJECTION: Best Evidence (FRE 1002); Relevance (FRE 401 and 402); Speculation/ inadmissible opinion (FRE 602 and 701).

DATED: February 14, 2008

**LAW OFFICES OF HERBERT HAFIF, APC**

By: _____
    Greg K. Hafif
    Attorneys for Plaintiff
    DOLORES A. ARREGUIN, for
    herself and other members
    of the general public similarly situated

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced
on recycled paper.

- 5 -

OBJECTIONS TO DECLARATION OF SANDRA CROTEAU IN SUPPORT OF DEFENDANT GLOBAL EQUITY LENDING, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE

## PROOF OF SERVICE
## BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 269 W. Bonita Avenue, Claremont, CA 91711.

    On **February 15, 2008**, I served the foregoing document described as: **OBJECTIONS TO DECLARATION OF SANDRA CROTEAU IN SUPPORT OF DEFENDANT GLOBAL EQUITY LENDING, INC.'S MOTION TO DISMISS AND TO COMPEL ARBITRATION**

[ ]    by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

[X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

[X]    Via Facsimile.

[ ]    Via Overnight Delivery.

**[SEE ATTACHED SERVICE LIST]**

[X]    I deposited each envelope in the mail at Claremont, California.[1] The envelope was mailed with postage thereon fully prepaid.

[X]    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Post Office on that same day with postage thereon fully prepaid at Claremont, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    As follows: I am "readily familiar" with the firm's practice for delivering overnight envelopes or packages to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on the party making service.

[ ]    (State or Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 15, 2008**, at Claremont, California.

Gwendolyn Simmons  
Type or Print Name                          Signature

bag.

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced
on recycled paper

- 1 -

# SERVICE LIST
ARREGUIN V. GLOBAL EQUITY LENDING
United State District Court Northern District Case No. C07-03026 MHP

Richard M. Williams, Bar No. 68032      (Via facsimile and mail)
Gregory M. Gentile, Bar No. 142424
**ROPERS, MAJESKI, KOHN & BENTELY**
80 N. First Street
San Jose, CA 95113
(408)287-6262 - Telephone
(408)918-4501 - Facsimile

Attorneys for Defendant
GLOBAL EQUITY LENDING INC.

Scott A. Miller, Bar No. 230322      (Via U.S. mail only)
Steven L. Miller, Bar No. 106023
**LAW OFFICES OF SCOTT A. MILLER, APC**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 788-8081 - Telephone
(818) 788-8080 - Facsimile

Co-Counsel for Plaintiff
DOLORES A. ARREGUIN, for
herself and other members
of the general public similarly situated

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced
on recycled paper