Herbert Hafif, Bar No. 27311
Greg K. Hafif, Bar No. 149515
Michael D. Dawson, Bar No. 150385
**LAW OFFICES OF HERBERT HAFIF, APC**
269 West Bonita Avenue
Claremont, California 91711-4784
(909) 624-1671; Fax (909) 625-7772

Steven L. Miller, Bar No. 106023
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 986-8900; Fax (818) 990-7900

Scott A. Miller, Bar No. 230322
**LAW OFFICES OF SCOTT A. MILLER, APC**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 788-8081; Fax (818) 788-8080

Attorneys for Plaintiff
DOLORES A. ARREGUIN, for
herself and other members
of the general public similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. C 07-06026 MHP<br>[Filed: November 29, 2007]<br><br>*[Assigned for all Purposes to: Honorable Judge Marilyn H. Patel]*<br><br>**DECLARATION OF PLAINTIFF DOLORES A. ARREGUIN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR IMPROPER VENUE AND MOTION TO COMPEL ARBITRATION**<br><br>Date :   March 3, 2008<br>Time :   2:00 p.m.<br>Place :  Courtroom 15 |

- 1 -

DECLARATION OF PLAINTIFF DOLORES A. ARREGUIN IN SUPPORT OF OPPOSITION
TO MOTION TO DISMISS FOR IMPROPER VENUE

1    I am the Plaintiff in this lawsuit. The facts contained herein are based on my own personal knowledge. If called as a witness, I could and would testify to the following:

1. I was hired by World Lending Group as a Loan Originator on July 29, 2002. World Lending Group later changed its name to Global Equity Lending, Inc., Attached hereto as Exhibit "1" is a true and correct copy of a letter I received from World Lending Group dated July 29, 2002. It is my understanding that World Leadership Group, Inc., is the parent company of Global Equity Lending, Inc. This letter confirms that my employment with World Lending Group as a Loan Originator began on July 29, 2002. Additionally, Global Equity Lending, Inc. was not a licensed residential lender in California until August of 2002. Since I was paid on commission, I would not have signed on with World Lending Group four months in advance of being able to sell loans.

2. My duties as a Loan Originator included originating loans for World Lending Group. As part of my responsibilities I was required to drive my car to customers and potential customers to have them sign loan documents and things of that nature. Nearly all of the loan business I conducted was in the State of California.

3. On or about January 31, 2008, my attorney faxed me a copy of the Global Equity Lending, Inc., Mortgage Loan Originator Employment Agreement ("Agreement") attached as Exhibit "A" to the Declaration of Sandra Croteau. This was the first time that I have ever seen this Agreement. I did not electronically execute this Agreement on April 2, 2002, as Global represents. I know this because I was not working for Global at the time. To the best of my recollection, on April 2, 2002, I was working as a licensed insurance agent for World Financial Group.

4. I currently reside in Sacramento, California. My education consists of a high school diploma and some college courses. My date of birth is July 6, 1948. I receive $1,488 per month from a pension. I also receive $512 bimonthly in unemployment benefits that will terminate at the end of March 2008. I do not have

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced on recycled paper.

- 2 -

DECLARATION OF PLAINTIFF DOLORES A. ARREGUIN IN SUPPORT OF OPPOSITION
TO MOTION TO DISMISS FOR IMPROPER VENUE

the financial resources to litigate this case in the State of Georgia. I do not have the funds to pay for travel and accommodations in the State of Georgia even if I wanted to litigate this case there. If this case is transferred to Georgia, I will in all probability be required to abandon my claims.

5. Based on my employment with World Lending Group/Global Equity Lending, Inc., it is my understanding that there are over 20,000 past and present loan agents who worked for Global in the State of California.

I declare under penalty of perjury, pursuant to the laws of the United States and the State of California, that the foregoing is true and correct.

EXECUTED this 4 day of February 2008, at Sacramento, California.

_____
Dolores A. Arreguin

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711

-3-

DECLARATION OF PLAINTIFF DOLORES A. ARREGUIN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR IMPROPER VENUE

1  the financial resources to litigate this case in the State of Georgia.  I do not have the
2  funds to pay for travel and accommodations in the State of Georgia even if I wanted
3  to litigate this case there.  If this case is transferred to Georgia, I will in all probability
4  be required to abandon my claims.

5      5.     Based on my employment with World Lending Group/Global Equity
6  Lending, Inc., it is my understanding that there are over 20,000 past and present loan
7  agents who worked for Global in the State of California.

8      I declare under penalty of perjury, pursuant to the laws of the United States and
9  the State of California, that the foregoing is true and correct.

10     EXECUTED this ___ day of February 2008, at _____, California.

                                                                    _____
                                                                              Dolores A. Arreguin

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced
on recycled paper.

- 3 -

**DECLARATION OF PLAINTIFF DOLORES A. ARREGUIN IN SUPPORT OF OPPOSITION
TO MOTION TO DISMISS FOR IMPROPER VENUE**

# EXHIBIT 1


**WORLD® LENDING GROUP**

Monday, July 29, 2002

DOLORES ARREGUIN - AF0099
1400 BRETT HARTE CT
ROSEVILLE, CA 95661

Congratulations on your decision to join World Lending Group. We would like to welcome you as our newest field employee and to inform you that your official start date is 7/29/2002. Your decision to join our company opens a whole new world of opportunity for you.

Your upline Regional Marketing Director is your first line of support in helping you build a thriving business. Your leader can answer your questions, give you advice, and help you master the Leadership Format System and our mortgage marketing process. We would also invite you to take the time to explore our company web sites at worldlendinggroup.com and worldleadershipgroup.com to learn more details about our company, the opportunity products, and our great leadership team.

WLG offers a unique opportunity to be in business for yourself but not by yourself in one of the most exciting industries in business today. We look forward to celebrating many personal and career achievements with you in the near future.

Again, World Lending Group is happy to welcome you as our newest field employee as of your official start date, 7/29/2002.

See You at the Top!

Andy Woodman
President
World Lending Group

3975 Johns Creek Court, Suite 100, Suwanee, GA 30024

**PROOF OF SERVICE**
**BY MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 269 W. Bonita Avenue, Claremont, CA 91711.

On **February 15, 2008**, I served the foregoing document described as: **DECLARATION OF PLAINTIFF DOLORES A. ARREGUIN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FOR IMPROPER VENUE AND MOTION TO COMPEL ARBITRATION**

[ ]  by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

[X]  Via Facsimile.

[ ]  Via Overnight Delivery.

**[SEE ATTACHED SERVICE LIST]**

[X]  I deposited each envelope in the mail at Claremont, California.[1] The envelope was mailed with postage thereon fully prepaid.

[X]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Post Office on that same day with postage thereon fully prepaid at Claremont, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  As follows: I am "readily familiar" with the firm's practice for delivering overnight envelopes or packages to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on the party making service.

[ ]  (State or Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 15, 2008**, at Claremont, California.

Gwendolyn Simmons                              /s/ Gwendolyn Simmons
Type or Print Name                                  Signature

bag.

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced on recycled paper

- 1 -

## SERVICE LIST
ARREGUIN V. GLOBAL EQUITY LENDING
United State District Court Northern District Case No. C07-03026 MHP

| | |
|---|---|
| Richard M. Williams, Bar No. 68032<br>Gregory M. Gentile, Bar No. 142424<br>**ROPERS, MAJESKI, KOHN & BENTELY**<br>80 N. First Street<br>San Jose, CA 95113<br>(408)287-6262 - Telephone<br>(408)918-4501 - Facsimile<br><br>Attorneys for Defendant<br>GLOBAL EQUITY LENDING INC. | (Via facsimile and mail) |
| Scott A. Miller, Bar No. 230322<br>Steven L. Miller, Bar No. 106023<br>**LAW OFFICES OF SCOTT A. MILLER, APC**<br>16133 Ventura Blvd., Suite 1200<br>Encino, California 91436<br>(818) 788-8081 - Telephone<br>(818) 788-8080 - Facsimile<br><br>Co-Counsel for Plaintiff<br>DOLORES A. ARREGUIN, for<br>herself and other members<br>of the general public similarly situated | (Via U.S. mail only) |

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced
on recycled paper

- 2 -