Herbert Hafif, Bar No. 27311
Greg K. Hafif, Bar No. 149515
Michael G. Dawson, Bar No. 150385
**LAW OFFICES OF HERBERT HAFIF, APC**
269 West Bonita Avenue
Claremont, California 91711-4784
(909) 624-1671; Fax (909) 625-7772

Steven L. Miller, Bar No. 106023
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 986-8900; Fax (818) 990-7900

Scott A. Miller, Bar No. 230322
**LAW OFFICES OF SCOTT A. MILLER, APC**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 788-8081; Fax (818) 788-8080

Attorneys for Plaintiff
DOLORES A. ARREGUIN, for
herself and other members
of the general public similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. C 07-06026 MHP<br>[Filed: November 29, 2007]<br><br>*[Assigned for all Purposes to: Honorable Judge Marilyn H. Patel]*<br><br>**PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE, F.R.C.P. RULE 12(b)(3)**<br><br>Date :   March 3, 2008<br>Time :   2:00 p.m.<br>Place :  Courtroom 15 |

Plaintiff, Dolores A. Arreguin, on behalf of herself and all others similarly situated, hereby files her supplemental opposition to Defendant, Global Equity Lending, Inc.'s, Motion to Dismiss for Improper Venue.

- 1 -

PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS FOR IMPROPER VENUE, F.R.C.P. RULE 12(b)(3)

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced on recycled paper.

# I.
# INTRODUCTION

The Court should deny Global's Motion to Dismiss for Improper Venue because:

- Plaintiff has exhausted her administrative remedies under the Private Attorney General Act ("PAGA") and can now sue for civil penalties under Labor Code section 2699.

# II.
# RELEVANT FACTS

On February 8, 2008, Plaintiff received a letter from Labor & Workforce Development Agency indicating that Plaintiff had exhausted her administrative remedies under PAGA, which allowed her to sue for civil penalties under Labor Code Section 2699. See Exhibit "1". This letter was received after the opposition was prepared and could not be included in that pleading. Declaration of Michael Dawson, ¶¶ 1-2.

# III.
# ARGUMENT

**D.  THE FORUM SELECTION CLAUSE SHOULD NOT BE ENFORCED BECAUSE IT IS UNREASONABLE AND UNJUST.**

**4.  IT WOULD BE UNREASONABLE AND UNCONSCIONABLE TO FORCE THE PUTATIVE CLASS MEMBERS TO LITIGATE THEIR CLAIMS IN GEORGIA.**

Now that Plaintiff has exhausted her administrative remedies, and can seek civil penalties under Labor Code section 2699 for both herself and the class, it would be unreasonable and unconscionable to transfer the case to Georgia. Plaintiff and the class have a vested interest in receiving the benefits under the California Labor Code, including receiving civil penalties, attorneys' fees and costs under Labor Code section 2699. Therefore, to avoid a forfeiture of these important labor rights, this

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711

- 2 -

PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS FOR IMPROPER VENUE, F.R.C.P. RULE 12(b)(3)

1  Court should keep the case in California.

2  **E.  CONCLUSION**

3  For all of the reasons stated herein and in the initial Opposition filed, the Court
4  should deny Global's Motion to Dismiss for Improper Venue.

6  DATED: February 20, 2008          **LAW OFFICES OF HERBERT HAFIF, APC**

9  By: _____
10  Greg K. Hafif
    Attorneys for Plaintiff
11  DOLORES A. ARREGUIN, for
    herself and other members
12  of the general public similarly situated

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced
on recycled paper.

-3-

PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS FOR IMPROPER VENUE, F.R.C.P. RULE 12(b)(3)

## DECLARATION OF MICHAEL DAWSON

I am one of the attorneys at the Law Offices of Herbert Hafif representing the Plaintiff Dolores Arreguin in this lawsuit. The facts contained herein are based on my own personal knowledge. If called as a witness, I could and would testify to the following:

1. On or about February 15, 2008, our office received a letter from co-counsel, Scott A. Miller, Esq., who in turn received the letter from the California Labor & Workforce Development Agency. Attached hereto as Exhibit "1" is a copy of the letter dated February 8, 2008. The letter indicates that Plaintiff Dolores Arreguin has exhausted her administrative remedies and now has a right to sue for civil penalties under Labor Code section 2699.

2. The letter was received by our law office after our opposition had been prepared and could not be included in that brief.

I declare under penalty of perjury, pursuant to the laws of the United States and the State of California, that the foregoing is true and correct.

EXECUTED this 20th day of February 2008, at Claremont, California.

_____
Michael G. Dawson, Esq.

- 4 -

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711

PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS FOR IMPROPER VENUE, F.R.C.P. RULE 12(b)(3)

# EXHIBIT 1



Agricultural Labor Relations Board

California Unemployment Insurance Appeals Board

California Workforce Investment Board

Department of Industrial Relations

Economic Strategy Panel

Employment Development Department

Employment Training Panel

# Labor & Workforce Development Agency

Date February 8, 2008

Law Offices of Scott A. Miller
16133 Ventura Blvd., Suite 1200
Encino, CA 91436

Global Equity Lending, Inc.
CT Corporation System – Agent for Service of Process
818 West Seventh St.
Los Angeles, CA 90017

World Leadership Group
James F. Tenney – Registered Agent
200 Galleria Pkway NW #500
Atlanta, GA 30339

Re:   LWDA No: 3096
      Employer: Global Equity Lending, Inc., World Leadership Group
      Employee: Dolores A. Arreguin

Dear Employer and Representative of the Employee:

This is to inform you that the Labor and Workforce Development Agency (LWDA) received your notice of alleged Labor Code violations pursuant to Labor Code Section 2699, postmarked January 26, 2008 and after review, does not intend to investigate the allegations.

As a reminder to you, the provisions of Labor Code Section 2699(i) provides that "…civil penalties recovered by aggrieved employees shall be distributed as follows: 75 percent to the LWDA for enforcement of labor laws and education of employers and employees about their rights and responsibilities under this code". Labor Code Section 2699(l) specifies "[T]he superior court shall review and approve any penalties sought as part of a proposed settlement agreement pursuant to this part".

Consequently you must advise us of the results of the litigation, and forward a copy of the court judgment or the court-approved settlement agreement.

Sincerely,

*Robert A. Jones*

Robert A. Jones
Deputy Secretary

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 269 West Bonita Avenue, Claremont, CA 91711.

On **February 20, 2008**, I served the foregoing document described as: **PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE, F.R.C.P. RULE 12(b)(3)**

[ ]   by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

[X]   Via Facsimile.

[ ]   Via Overnight Delivery.

**[SEE ATTACHED SERVICE LIST]**

[X]   I deposited each envelope in the mail at Claremont, California.[1] The envelope was mailed with postage thereon fully prepaid.

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Post Office on that same day with postage thereon fully prepaid at Claremont, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   As follows: I am "readily familiar" with the firm's practice for delivering overnight envelopes or packages to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on the party making service.

[ ]   (State or Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 20, 2008**, at Claremont, California.

Gwendolyn Simmons                              *[signature: Gwendolyn Simmons]*
Type or Print Name                                   Signature

bag.

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced
on recycled paper.

- 1 -

## SERVICE LIST
### ARREGUIN v. GLOBAL EQUITY LENDING
United States District Court Northern District Case No. C07-03026 MHP

Richard M. Williams, Bar No. 68032       (Via facsimile and mail)
Gregory M. Gentile, Bar No. 142424
**ROPERS, MAJESKI, KOHN & BENTLEY**
80 N. First Street
San Jose, CA 95113
(408)287-6262 - Telephone
(408)918-4501 - Facsimile

Attorneys for Defendant
GLOBAL EQUITY LENDING INC.

Scott A. Miller, Bar No. 230322       (Via U.S. mail only)
Steven L. Miller, Bar No. 106023
**LAW OFFICES OF SCOTT A. MILLER, APC**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 788-8081 - Telephone
(818) 788-8080 - Facsimile

Co-Counsel for Plaintiff
DOLORES A. ARREGUIN, for
herself and other members
of the general public similarly situated

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced on recycled paper.

- 2 -