UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, | No. C 07-06026 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| GLOBAL EQUITY LENDING, | |
| Defendant(s). _____ / | |

The case management conference in this matter currently set for March 10, 2008, is hereby rescheduled to **March 17, 2008, at 2:00 p.m.**, to be heard following defendant's motion to compel arbitration.

Richard W. Wieking
Clerk, U.S. District Court

Dated: March 10, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140