1   RICHARD M .WILLIAMS (SBN 68032)
    GREGORY M. GENTILE (SBN 142424)
2   J. MARK THACKER (SBN 157182)
    ROPERS, MAJESKI, KOHN & BENTLEY
3   80 North First Street
    San Jose, CA 95113
4   Telephone:    (408) 287-6262
    Facsimile:    (408) 918-4501
5
    Attorneys for Defendant
6   GLOBAL EQUITY LENDING, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  DOLORES A. ARREGUIN, for herself        CASE NO.  C 07 6026 MHP
    and other members of the general public
12  similarly situated,                     **DEFENDANT GLOBAL EQUITY
                                            LENDING'S DISCLOSURE PURSUANT
13            Plaintiff,                     TO FEDERAL RULE OF CIVIL
                                            PROCEDURE 7.1 AND LOCAL RULE 3-16**
14  v.

15  GLOBAL EQUITY LENDING, INC., a
    Georgia Corporation; and DOES 1 through  Complaint filed:  November 29, 2007
16  10, Inclusive,

17            Defendant.

18

19        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant GLOBAL EQUITY

20  LENDING, INC. certifies that it is wholly-owned by World Lending Group Holdings, LLC, a

21  Georgia Limited Liability Company.  World Lending Group Holdings, LLC's sole member is

22  New World Holdings Inc., a Georgia corporation.  Pursuant to Local Rule 3-16, GLOBAL

23  EQUITY LENDING, INC. has no disclosure to make pursuant to subparagraph (b)(1).  GLOBAL

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

DISCLOSURE PURSUANT TO FRCP 7.1        - 1 -                CASE NO.  C 07 6026 MHP
AND LOCAL RULE 3.6

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  EQUITY LENDING, INC. hereby certifies that no such financial interest is known other than the

2  named parties herein.

3  Dated: March 11, 2008                ROPERS, MAJESKI, KOHN & BENTLEY

4

5                                       By: _____

6                                           GREGORY M. GENTILE
                                            Attorneys for Defendant
7                                           GLOBAL EQUITY LENDING, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

DISCLOSURE PURSUANT TO FRCP 7.1          - 2 -                    CASE NO.  C 07 6026 MHP
AND LOCAL RULE 3.6

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

**CASE NAME:    ARREGUIN v. GLOBAL EQUITY LENDING**

**ACTION NO.:    C 07 6026**

PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 80 North First Street, San Jose, CA 95113.

3. On March 11, 2008 I served the following documents:

**DEFENDANT GLOBAL EQUITY LENDING'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3-16**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| Charles Hill, Esq. | (909) 624-1671 |
| Law Offices of Herbert Hafif, APC | (909) 625-7772 (Fax) |
| 269 West Bonita Avenue | **Attorneys for Plaintiff** |
| Claremont, CA 91711-4784 | charles.hill@hafif.com |
| | |
| Steven L. Miller, Esq. | (818) 986-8900 |
| 16133 Ventura Boulevard, Suite 1200 | (818) 990-7900 (Fax) |
| Encino, CA 91436 | **Attorneys for Plaintiff** |
| | |
| Scott A. Miller, Esq. | (818) 788-8081 |
| Law Offices of Scott A. Miller, APC | (818) 788-8080 (Fax) |
| 16133 Ventura Boulevard, Suite 1200 | **Attorneys for Plaintiff** |
| Encino, CA 91436 | |

5. I served the documents by the following means:

☒    BY ELECTRONIC FILING/SERVICE. I caused such document(s) to be Electronically Filed and Served through the ECF Courtlink system for the above-entitled case to those parties on the Service List maintained on the Court's Website for this case. The file transmission was reported as completed and a copy of the filing receipt will be maintained with the original document(s) in our office.

    I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 11, 2008

Bonnie Langston
Type Name

Signature

DISCLOSURE PURSUANT TO FRCP 7.1
AND LOCAL RULE 3.6

- 3 -

CASE NO. C 07 6026 MHP