**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 17, 2008

Case No.   C 07-6026  MHP          Judge: MARILYN H. PATEL

Title: DOLORES A. ARREGUIN -v- GLOBAL EQUITY LENDING INC

Attorneys:  Plf: Farris Ain
            Dft: Mark Thacker, Richard Williams

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Defendant's Motion to Compel Arbitration

2)   Case Management Conference

3)   

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; deposition of plaintiff to be completed within sixty days; Supplemental declarations (3-5 pages) by 6/9/2008;

Further hearing set for 6/23/2008 at 2:00 pm;