RICHARD M. WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone:  (408) 287-6262
Facsimile:   (408) 918-4501

Attorneys for Defendant
GLOBAL EQUITY LENDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, William H. McLean, Esq., an active member in good standing of the bar of the State of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing GLOBAL EQUITY LENDING, INC. in the above-entitled action.

In support of this Application, I certify on oath that:

1. I am an active member in good standing of the United States Court or of the highest court of another state as indicated above;

2. I agree to abide by the standards of professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, electronic case filing, and to become familiar with the local rules and alternative dispute resolution programs of this Court; and

3.  Two attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as attorneys of record, and will be co-counsel in the above-entitled action. The name, address and telephone of those attorneys are:

> Richard M. Williams, Esq. (SBN 68032)
> Gregory M. Gentile, Esq. (SBN 142424)
> Ropers, Majeski, Kohn & Bentley
> 80 North First Street
> San Jose, CA 95113
> (408) 287-6262

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2008

WILLIAM H. MCLEAN, ESQ.

| | |
|---|---|
| 1 | RICHARD M. WILLIAMS (SBN 68032)<br>GREGORY M. GENTILE (SBN 142424) |
| 2 | J. MARK THACKER (SBN 157182)<br>ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | 80 North First Street<br>San Jose, CA 95113 |
| 4 | Telephone:   (408) 287-6262<br>Facsimile:   (408) 918-4501 |
| 5 | |
| 6 | Attorneys for Defendant<br>GLOBAL EQUITY LENDING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

William H. McLean, Esq., an active member in good standing of the bar of the State of Georgia, whose business address and telephone number is:

> William H. McLean, Esq.
> Merritt & Tenney LLP
> 200 Galleria Parkway, N.W., Ste. 500
> Atlanta, Georgia 30339
> Telephone: (770-952-6550)

Having applied in the above-entitled action for admission to practice in the Northern District of California, on a *pro hac vice* basis, representing GLOBAL EQUITY LENDING, INC.

IT IS HEREBY ORDERED that the application is granted subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

1  application will constitute notice to the party. All future filings in this action are subject to the
2  requirements contained in General Order No. 45, electronic case filing.
3
4  Dated: _____         _____
                                         HON. MARILYN HALL PATEL
5                                        UNITED STATES DISTRICT COURT

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose