SAN JOSE | 80 North First Street
Los Angeles | San Jose, CA 95113
New York | Telephone (408) 287-6262
San Francisco | Facsimile (408) 918-4501
Redwood City | www.ropers.com
Boston



Gregory M. Gentile
(408) 918-4554

ggentile@ropers.com

May 15, 2008

**VIA E-FILE**

Anthony Bowser
Clerk for the Honorable Marilyn H. Patel
United States District Court — Northern District
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re:    <u>Arreguin v. GEL</u>
              United States District Court Case No. C 07 6026
              Our File No.: 56750 3291J

Dear Mr. Bowser:

      This will confirm your several messages to this office with respect to Defendant Global Equity Lending's Motion for Protective Order recently filed with this Court. As you advised, Judge Patel will not entertain the motion and would prefer the parties to work out their discovery dispute. Toward that end, the parties have executed a Stipulation to resolve the discovery dispute presented by the Motion for Protective Order, with said Stipulation being filed on May 14, 2008. Accordingly, the Motion for Protective Order filed by Global Equity Lending is hereby withdrawn in light of the resolution reached by the parties.

                                        Respectfully submitted,

                                        ROPERS, MAJESKI, KOHN & BENTLEY

                                        GREGORY M. GENTILE

GMG:bl
cc:    Ferris Ain, Esq.

RC1/5120835.1/BLI