1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  80 North First Street
   San Jose, CA 95113
4  Telephone:    (408) 287-6262
   Facsimile:    (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING, INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. 3:07-cv-06026-MHP<br><br>**NOTICE OF CHANGE OF ADDRESS OF DEFENDANT GLOBAL EQUITY LENDING, INC.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that as of **June 2, 2008**, the address of ROPERS, MAJESKI, KOHN & BENTLEY, counsel for defendant GLOBAL EQUITY LENDING, INC. will be: 50 W. San Fernando Street, Suite 1400, San Jose, CA 95113.

   Please direct all correspondence and pleadings to:

                Richard M. Williams, Esq.
                Gregory M. Gentile, Esq.
              Ropers, Majeski, Kohn & Bentley
              50 W. San Fernando Street, Suite 1400
                    San Jose, CA 95113
                Telephone: (408) 287-6262
                Facsimile: (408) 918-4501

---

RC1/5124313.1/DB
**NOTICE OF CHANGE OF ADDRESS**           - 1 -           CASE NO. 3:07-CV-06026-MHP

| | |
|---|---|
| Dated: May 22, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Richard M. Williams |
| | RICHARD M. WILLIAMS |
| | Attorneys for Defendant |
| | GLOBAL EQUITY LENDING INC. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5124313.1/DB
**NOTICE OF CHANGE OF ADDRESS**              - 2 -              CASE NO. 3:07-CV-06026-MHP