```
 1  RICHARD M. WILLIAMS (SBN 68032)
    GREGORY M. GENTILE (SBN 142424)
 2  J. MARK THACKER (SBN 157182)
    ROPERS, MAJESKI, KOHN & BENTLEY
 3  80 North First Street
    San Jose, CA 95113
 4  Telephone:  (408) 287-6262
    Facsimile:  (408) 918-4501
 5
    Attorneys for Defendant
 6  GLOBAL EQUITY LENDING, INC.
```

FILED
MAY 09 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>BY FAX |

Pursuant to Civil Local Rule 11-3, William H. McLean, Esq., an active member in good standing of the bar of the State of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing GLOBAL EQUITY LENDING, INC. in the above-entitled action.

In support of this Application, I certify on oath that:

1. I am an active member in good standing of the United States Court or of the highest court of another state as indicated above;

2. I agree to abide by the standards of professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, electronic case filing, and to become familiar with the local rules and alternative dispute resolution programs of this Court; and

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*          - 1 -          CASE NO. C 07 6026 MHP
RC1/5117280.1/DB

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

3. Two attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as attorneys of record, and will be co-counsel in the above-entitled action. The name, address and telephone of those attorneys are:

> Richard M. Williams, Esq. (SBN 68032)
> Gregory M. Gentile, Esq. (SBN 142424)
> Ropers, Majeski, Kohn & Bentley
> 80 North First Street
> San Jose, CA 95113
> (408) 287-6262

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2008

WILLIAM H. MCLEAN, ESQ.

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*
RC1/5117280.1/DB

- 2 -

CASE NO. C 07 6026 MHP

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018996
Cashier ID: almaceh
Transaction Date: 05/09/2008
Payer Name: ONE LEGAL INC
--------------------------------
PRO HAC VICE
 For: w h mclean
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
--------------------------------
CHECK
 Check/Money Order Num: 3024964
 Amt Tendered: $210.00
--------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:      $0.00

C07-6026 MHP

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```