1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  80 North First Street
   San Jose, CA 95113
4  Telephone:    (408) 287-6262
   Facsimile:    (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 DOLORES A. ARREGUIN, for herself        CASE NO. C 07 6026 MHP
   and other members of the general public
12 similarly situated,                     [PROPOSED] ORDER GRANTING
                                           APPLICATION FOR ADMISSION OF
13                Plaintiff,               ATTORNEY *PRO HAC VICE*

14 v.

15 GLOBAL EQUITY LENDING, INC., a                    BY FAX
   Georgia Corporation; and DOES 1 through
16 10, Inclusive,

17                Defendant.

18

19       William H. McLean, Esq., an active member in good standing of the bar of the State of

20 Georgia, whose business address and telephone number is:

21       William H. McLean, Esq.
         Merritt & Tenney LLP
22       200 Galleria Parkway, N.W., Ste. 500
         Atlanta, Georgia 30339
23       Telephone: (770-952-6550)

24       Having applied in the above-entitled action for admission to practice in the Northern

25 District of California, on a *pro hac vice* basis, representing GLOBAL EQUITY LENDING, INC.

26       IT IS HEREBY ORDERED that the application is granted subject to the terms and

27 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance

28 *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

RC1/5117293.1/DB
[PROPOSED] ORDER GRANTING APPLICATION          - 1 -                    CASE NO. C 07 6026
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, electronic case filing.

Dated: _____

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT

RC1/5117293.1/DB
[PROPOSED] ORDER GRANTING APPLICATION        - 2 -        CASE NO. C 07 6026
FOR ADMISSION OF ATTORNEY PRO HAC VICE