```
 1  RICHARD M. WILLIAMS (SBN 68032)
    GREGORY M. GENTILE (SBN 142424)
 2  J. MARK THACKER (SBN 157182)
    ROPERS, MAJESKI, KOHN & BENTLEY
 3  80 North First Street
    San Jose, CA 95113
 4  Telephone:   (408) 287-6262
    Facsimile:   (408) 918-4501
 5
    Attorneys for Defendant
 6  GLOBAL EQUITY LENDING, INC.

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>**BY FAX** |

William H. McLean, Esq., an active member in good standing of the bar of the State of Georgia, whose business address and telephone number is:

> William H. McLean, Esq.
> Merritt & Tenney LLP
> 200 Galleria Parkway, N.W., Ste. 500
> Atlanta, Georgia 30339
> Telephone: (770-952-6550)

Having applied in the above-entitled action for admission to practice in the Northern District of California, on a *pro hac vice* basis, representing GLOBAL EQUITY LENDING, INC.

IT IS HEREBY ORDERED that the application is granted subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

---

RC1/5117293.1/DB
[PROPOSED] ORDER GRANTING APPLICATION        - 1 -        CASE NO. C 07 6026
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, electronic case filing.

Dated: 5/27/2008



HON. MARILYN HALL PATEL
UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel