UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, | No. C 07-06026 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |
| v. | |
| GLOBAL EQUITY LENDING, | |
| Defendant(s). | |

The parties are notified that the hearing of the motion(s) in this matter currently on calendar for June 23, 2008, is hereby RESCHEDULED to **Thursday**, **July 10, 2008**, at **2:00 p.m.** due to the unavailability of the Court. Please note that **only** the hearing date is being rescheduled; **the briefing schedule pursuant to the orginal hearing date remains in effect**.

Richard W. Wieking
Clerk, U.S. District Court

Dated: June 18, 2008

Frank Justiliano, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140