**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 10, 2008

Case No.   C 07-6026  MHP                    Judge: MARILYN H. PATEL

Title: DOLORES A. ARREGUIN -v- GLOBAL EQUITY LENDING INC

Attorneys:  Plf:  Farris Ain
            Dft: Richard Williams

Deputy Clerk:  Anthony Bowser   Court Reporter: James Yeomans

**PROCEEDINGS**

1)   Further Hearing re Defendant's Motion to Compel Arbitration

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Simultaneous briefing re labor codes 2802, 2804 to be submitted by 7/28/2008, not to exceed ten pages;

Further hearing set for 8/11/2008 at 3:00 pm;