Herbert Hafif, Bar No. 27311
Greg K. Hafif, Bar No. 149515
Michael G. Dawson, Bar No. 150385
**LAW OFFICES OF HERBERT HAFIF, APC**
269 West Bonita Avenue
Claremont, California 91711-4784
(909) 624-1671; Fax (909) 625-7772

Steven L. Miller, Bar No. 106023
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 986-8900; Fax (818) 990-7900

Scott A. Miller, Bar No. 230322
**LAW OFFICES OF SCOTT A. MILLER, APC**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 788-8081; Fax (818) 788-8080

Attorneys for Plaintiff,
**DOLORES A. ARREGUIN**, for herself and other members of the general public similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. C 07-6026 MHP<br>[Filed: November 29, 2007]<br><br>*[Assigned for all Purposes to: Honorable Judge Marilyn H. Patel]*<br><br>**DECLARATION OF CHARLES E. HILL IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**<br><br>Date : August 11, 2008<br>Time : 3:00 p.m.<br>Place : Courtroom 15 |

- 1 -

DECLARATION OF CHARLES E. HILL IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN
OPPOSITION TO MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS

1  I, Charles E. Hill, declare:

2  1.  I am an attorney duly licensed to practice before all of the state and federal courts in the State of California, including the United States District Court for the Northern District of California. I am one of the attorneys responsible for handling this matter on behalf of Plaintiff. I have personal knowledge of the matters stated herein, and if called upon to testify, I could and would do so competently.

2.  That I have researched the State of Georgia's Labor laws contained in <u>Georgia Code Annotated</u>, Title 34. Like the Court, I could not find an employee expense reimbursement statute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on July 24, 2008, at Claremont, California.

*Charles E. Hill*
Charles E. Hill

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced on recycled paper.

-2-

DECLARATION OF CHARLES E. HILL IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 269 West Bonita Avenue, Claremont, CA 91711.

On July 28, 2008, I served the foregoing document described as: **DECLARATION OF CHARLES E. HILL IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**

[ ]  by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

### [SEE ATTACHED MAILING LIST]

[X]  I deposited each envelope in the mail at Claremont, California.[1] The envelope was mailed with postage thereon fully prepaid.

[X]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Post Office on that same day with postage thereon fully prepaid at Claremont, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  As follows: I am "readily familiar" with the firm's practice for delivering overnight envelopes or packages to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on the party making service.

[X]  By filing with the U.S. District Court's CM/ECF filing system.

---

[1] By mail signature must be of person depositing envelope in mail slot, box or bag.

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced on recycled paper.

- 3 -

DECLARATION OF CHARLES E. HILL IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS

1  [ ]   (State or Federal)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2  [X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 28, 2008, at Claremont, California.

*Gwendolyn Simmons*
Gwendolyn Simmons

- 4 -

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711

DECLARATION OF CHARLES E. HILL IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS

# SERVICE LIST

*Dolores A. Arreguin v. Global Equity Lending, Inc.*
U.S.D.C. Case No. C 07 6027 MHP

Steven L. Miller, Bar No. 106023
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 986-8900; Fax (818) 990-7900

Scott A. Miller, Bar No. 230322
**LAW OFFICES OF SCOTT A. MILLER, APC**
16133 Ventura Blvd., Suite 1200
Encino, California 91436
(818) 788-8081; Fax (818) 788-8080

**Co-counsel for Plaintiff, Dolores A. Arreguin**

Richard M. Williams, Esq.
Gregory M. Gentile, Esq.
J. Mark Thacker, Esq.
**ROPERS, MAJESKI, KOHN & BENTLEY**
50 West San Fernando Street, Suite 1400
San Jose, CA  95113
(408) 287-6262; Fax (408) 918-4501

**Counsel for Defendant, Global Equity Lending, Inc.**

Law Offices of
HERBERT HAFIF
269 W. Bonita Avenue
Claremont, CA 91711
Original document produced
on recycled paper.

DECLARATION OF CHARLES E. HILL IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN
OPPOSITION TO MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS