1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  50 West San Fernando Street, Suite 1400
   San Jose, CA  95113
4  Telephone:    (408) 287-6262
   Facsimile:    (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  DOLORES A. ARREGUIN, for herself        CASE NO.  C 07 6026 MHP
    and other members of the general public
12  similarly situated,                     **OBJECTIONS TO DECLARATION OF
                                            FERRIS AIN**
13                  Plaintiff,

14  v.                                      Date:         TBD
                                            Time:         TBD
15  GLOBAL EQUITY LENDING, INC., a          Courtroom:    15, 18th Floor
    Georgia Corporation; and DOES 1 through Judge:        Hon. Marilyn Hall Patel
16  10, Inclusive,
                                            **Complaint filed: November 29, 2007**
17                  Defendant.

18

19         Defendant GLOBAL EQUITY LENDING INC. hereby objects to the Declaration of

20  Ferris E. Ain in support of Second Supplemental Brief in Opposition to Motion to Compel

21  Arbitration and Motion to Dismiss, and more particularly, to the attached Exhibit B to said

22  Declaration.  Said Exhibit B purports to be a letter from Bill Croteau on Global Equity Lending

23  stationery but is not properly authenticated and is hearsay.  It also assumes facts not in evidence.

24         Likewise, GLOBAL EQUITY LENDING hereby objects to the May 3, 2006

25  / / /

26  / / /

27  / / /

28  / / /

Objections to Declaration of Ferris E. Ain            - 1 -                CASE NO. C 07 6026 MHP
RC1/5165456.1/BL1

1  correspondence purportedly from Mark Layton, Director of Communications, on the grounds that
2  it is not properly authenticated, is hearsay, and assumes facts not in evidence.
3  Dated: August 12, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GREGORY M. GENTILE
Attorneys for Defendant
GLOBAL EQUITY LENDING INC.