1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  50 West San Fernando Street, Suite 1400
   San Jose, CA 95113
4  Telephone:   (408) 287-6262
   Facsimile:   (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING, INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | DOLORES A. ARREGUIN, for herself          | CASE NO. C 07 6026 MHP
   | and other members of the general public   |
12 | similarly situated,                        | NOTICE OF MOTION AND MOTION
   |                                            | REQUESTING LEAVE OF COURT TO
13 |          Plaintiff,                        | WITHDRAW AS COUNSEL;
   |                                            | MEMORANDUM OF POINTS AND
14 | v.                                         | AUTHORITIES IN SUPPORT HEREOF;
   |                                            | AND SUPPORTING DECLARATION OF
15 | GLOBAL EQUITY LENDING, INC., a             | GREGORY M. GENTILE
   | Georgia Corporation; and DOES 1 through    |
16 | 10, Inclusive,                             | Date:   October 20, 2008
   |                                            | Time:   2:00 p.m.
17 |          Defendant.                        | Dept.   15
   |                                            | Judge:  Hon. Marilyn H. Patel
18

19 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20         PLEASE TAKE NOTICE that on October 20, 2008, at 2:00 p.m., or as soon thereafter as

21 counsel may be heard before the Honorable Marilyn Hall Patel in Department 15, of the above-

22 entitled Court located 450 Golden Gate Avenue, San Francisco, CA 94102, moving party will and

23 hereby does request pursuant to Northern District of California, local rule 11-5(a) that the court

24 grant leave to Ropers, Majeski, Kohn & Bentley to withdraw as counsel of record.

25         This motion is made without the written consent of GLOBAL EQUITY LENDING and is

26 based on the non-payment of attorney's fees.

27         This motion is based on this notice, the following memorandum of points and authorities,

28 the Declaration of Gregory M. Gentile, the files and records in this action, and upon such oral and

Notice of Motion and Motion to
Withdraw as Counsel                          - 1 -                    CASE NO. C 07 6026 MHP
RC1/5137672.1/BL1

1  documentary evidence as may be presented at the hearing of the motion.

2  Dated: September 10, 2008

                                  ROPERS, MAJESKI, KOHN & BENTLEY

                                  By: _____
                                       GREGORY M. GENTILE
                                       Attorneys for Defendant
                                       GLOBAL EQUITY LENDING INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

Notice of Motion and Motion to
Withdraw as Counsel
RC1/5137672.1/BL1
- 2 -
CASE NO. C 07 6026 MHP