RICHARD M. WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
GLOBAL EQUITY LENDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES A. ARREGUIN, for herself and other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendant. | CASE NO. C 07 6026 MHP<br><br>**DECLARATION OF GREGORY M. GENTILE IN SUPPORT OF MOTION REQUESTING LEAVE OF COURT TO WITHDRAW AS COUNSEL**<br><br>Date: October 20, 2008<br>Time: 2:00 p.m.<br>Dept.: 15<br>Judge: Hon. Marilyn H. Patel |

I, Gregory M. Gentile, declare:

1. I am an attorney duly licensed to practice before all courts in the State of California and before the United States District Court, Northern District of California. I am a partner with the law firm of Ropers, Majeski, Kohn & Bentley, present counsel of record for GLOBAL EQUITY LENDING, INC., Defendant herein. If called as a witness, I could competently testify to the following facts, all of which are within my own personal knowledge.

2. In or about December 2007, I, as a member of the law firm of Ropers, Majeski, Kohn & Bentley, was retained as counsel for the litigation set forth in the caption.

3. Beginning in August, 2008, I informed the Defendant through its local Georgia counsel by e-mail and letter that counsel may withdraw from the case due to failure to pay

1  attorney's fees and costs incurred in this matter. I believe that some part of the communication
2  may be a protected communication.

3      4.    On September 2, 2008, I also informed the Defendant, by letter that counsel will
4  withdraw from the case if the overdue fees were not paid. I believe that some part of the
5  communication may be a protected communication.

6      5.    I advised Defendant by telephone and confirming letter on September 9, 2008, that
7  a corporation cannot appear pro se and the corporation will risk a default of judgment being
8  entered against it. I believe that some part of this communication may be a protected
9  communication.

10      6.    I have given notice to Plaintiff and her attorneys of record by letter, phone call,
11  and by service of this Declaration and Notice of Motion for leave to withdraw as counsel in this
12  case.

13      7.    I have given Defendant notice that there is currently no pending written discovery
14  to which Defendant is required to reply, although there is a pending Order from the Court that the
15  parties arbitrate their dispute and select an arbitral forum within 60 days of the Court's Order
16  dated September 2, 2008.

17      8.    I have complied with the requirement to provide written notice of the inability of
18  the corporation to appear pro se capacity in my letter dated September 9, 2008.

19      9.    I intend to have this Motion served on Defendant and all counsel in this matter and
20  on the client at the following physical address: Global Equity Lending, Inc., Attn: David J.
21  Stockley, President, 6465 East Johns Crossing, Johns Creek, Georgia 30097.

22  I declare under penalty of perjury under the laws of the State of California that the
23  foregoing is true and correct. Executed this 10th day of September, 2008, at San Jose, California.

GREGORY M. GENTILE