1  RICHARD M. WILLIAMS (SBN 68032)
   GREGORY M. GENTILE (SBN 142424)
2  J. MARK THACKER (SBN 157182)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  50 West San Fernando Street, Suite 1400
   San Jose, CA  95113
4  Telephone:  (408) 287-6262
   Facsimile:  (408) 918-4501
5
   Attorneys for Defendant
6  GLOBAL EQUITY LENDING, INC.

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 DOLORES A. ARREGUIN, for herself     CASE NO.  C 07 6026 MHP
   and other members of the general public
12 similarly situated,                  **PROOF OF SERVICE OF MOTION
                                        REQUESTING LEAVE OF COURT TO
13         Plaintiff,                   WITHDRAW AS COUNSEL**

14 v.                                   Date:   October 20, 2008
                                        Time:   2:00 p.m.
15 GLOBAL EQUITY LENDING, INC., a       Dept.:  15
   Georgia Corporation; and DOES 1 through   Judge:  Hon. Marilyn H. Patel
16 10, Inclusive,

17         Defendant.

18

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Proof of Service of Motion to Withdraw as Counsel
RC1/5179980.1/BL1                       - 1 -                    CASE NO. C 07 6026 MHP

CASE NAME: ARREGUIN v. GLOBAL EQUITY LENDING

ACTION NO.: C 07 6026

## PROOF OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail ☐ Facsimile

☐ Overnight Delivery ☒ Electronic Service

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 50 West San Fernando Street, Suite 1400, San Jose, CA 95113.

3. On September 10, 2008, I served the following documents:

**NOTICE OF MOTION AND MOTION REQUESTING LEAVE OF COURT TO WITHDRAW AS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT HEREOF; AND SUPPORTING DECLARATION OF GREGORY M. GENTILE**

**MEMORANDUM OF POINTS AND AUTHORITEIS IN SUPPORT OF MOTION REQUESTING LEAVE OF COURT TO WITHDRAW AS COUNSEL**

**DECLARATION OF GREGORY M. GENTILE IN SUPPORT OF MOTION REQUESTING LEAVE OF COURT TO WITHDRAW AS COUNSEL**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| Farris Ain, Esq. (E-File)<br>Law Offices of Herbert Hafif, APC<br>269 West Bonita Avenue<br>Claremont, CA 91711-4784 | (909) 624-1671<br>(909) 625-7772 (Fax)<br>**Attorneys for Plaintiff**<br>charles.hill@hafif.com |
| Steven L. Miller, Esq. (E-File)<br>16133 Ventura Boulevard, Suite 1200<br>Encino, CA 91436 | (818) 986-8900<br>(818) 990-7900 (Fax)<br>**Attorneys for Plaintiff** |
| Scott A. Miller, Esq. (E-File)<br>Law Offices of Scott A. Miller, APC<br>16133 Ventura Boulevard, Suite 1200<br>Encino, CA 91436 | (818) 788-8081<br>(818) 788-8080 (Fax)<br>**Attorneys for Plaintiff** |
| Global Equity Lending, Inc. (Mail)<br>Attn: David J. Stockley, President<br>6465 East Johns Crossing<br>Johns Creek, Georgia 30097 | **Defendant** |

Proof of Service of Motion to Withdraw as Counsel
RC1/5179980.1/BL1

- 2 -

CASE NO. C 07 6026 MHP

| | |
|---|---|
| William McLean, Esq. (Mail)<br>Merritt & Tenney LLP<br>200 Galleria Parkway, N.W., Ste. 500<br>Atlanta, Georgia 30339 | **Attorney for Global Equity Lending, Inc.** |

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☒ BY ELECTRONIC FILING/SERVICE. I caused the above document(s) to be Electronically Filed and Served through the ECF system for the above-entitled case to those parties on the Service List maintained on the ECF Website for this case. The file transmission was reported as completed and a copy of the Filing Receipt page will be maintained with the original document(s) in our office.

    I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: September 10, 2008

Bonnie Langston    *[signature: Bonnie Langston]*
Type Name          Signature