RICHARD M. WILLIAMS (SBN 68032)
GREGORY M. GENTILE (SBN 142424)
J. MARK THACKER (SBN 157182)
**ROPERS, MAJESKI, KOHN & BENTLEY**
50 West San Fernando Street, Suite 1400
San Jose, California 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

William McLean, Esq. (*Attorney Pro hac Vice*)
Merritt & Tenney, LLP
200 Galleria Parkway, Ste. 500
Atlanta, Georgia 30339
Telephone: (770) 952-6550
Facsimile: (770) 952-0028

Attorneys for Defendant
GLOBAL EQUITY LENDING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES ARREGUIN, for herself and other members of the general public similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING, INC., a Georgia Corporation; and DOES 1 through 10, Inclusive,<br><br>      Defendant. | CASE NO. C 07 6026 MHP<br><br>**STIPULATION RE WITHDRAWAL OF COUNSEL** |

    1. I, Robert S. Dollar, am a representative of the Defendant in this matter, GLOBAL EQUITY LENDING, INC. ("GEL") and have the authority to execute this Stipulation on GEL's behalf.

Page 1           Case No. C 07 6026 MHP

2. GEL consents to the withdrawal of the law firm of Ropers, Majeski, Kohn & Bentley ("RMKB") from the *Dolores A. Arreguin v. Global Equity Lending, Inc.* lawsuit set forth above and has no present intention of obtaining local counsel to defend this lawsuit. GEL has been advised of the implications of not having counsel and understands that the Court will enter a default against it if no counsel appears at the scheduled January 12, 2009 Status Conference and that a default may result in a judgment against GEL. GEL hereby agrees that RMKB need not appear at the Court ordered Status Conference on January 12, 2009 at 3:00 p.m.

Dated: December 16, 2008

ROBERT S. DOLLAR on behalf of
GLOBAL EQUITY LENDING, INC.

Dated: December 19, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

GREGORY M. GENTILE, ESQ.



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA