UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOLORES ARREGUIN, et al.,

    Plaintiff(s),

vs.

GLOBAL EQUITY LENDING, INC.,

    Defendant(s).

No. C-07-6026 MHP

**ORDER DISMISSING ACTION**

    This action which had been stayed pending arbitration was filed on November 29, 2007. After some motion practice with respect to forum and venue the court granted a motion to compel arbitration. Thereafter defendant's counsel moved to withdraw and default was entered against defendant. The court instructed that within thirty days of entry of default plaintiff should file a motion for default judgment. That order was issued on January 13, 2009. See Dkt. No. 56. Default was entered on January 26, 2009, but no further action was taken by plaintiff including no effort to move for default judgment. It is over two years later and there have been no signs of pursuing this action. Therefore,

    IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. The Clerk shall close the file.

Date: May 12, 2011

MARILYN HALL PATEL
United States District Judge